UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THERESE LALUMIERE,<br><br>                Plaintiff,<br><br>   v.<br><br>WILLOW SPRINGS CARE, INC., a Washington corporation; JENNIFER NEWMAN, and her marital property; AARON HILL, and his marital property; and TAMARA BERUMEN, and her marital property,<br><br>                Defendants. | NO: 1:16-CV-3133-RMP<br><br>ORDER GRANTING STIPULATED MOTION FOR A PROTECTIVE ORDER |

BEFORE THE COURT is the parties' Stipulated Motion for a Protective Order, ECF No. 17.  The Court has reviewed the terms and finds good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for a Protective Order, **ECF No. 17**, is **GRANTED**.

ORDER GRANTING STIPULATED MOTION FOR A PROTECTIVE ORDER ~ 1

2.  The Protective Order will be entered as a separate document on the Court's docket in this matter.

The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED**: January 27, 2017.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR A PROTECTIVE ORDER ~ 2